UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,

- against -

TORREN STUBBS, et al.,

                    Defendant(s).

---------------------------------------------------------x

**RESCHEDULING ORDER**

19 Cr. 276 (NSR)

ROMÁN, D.J.:

    In light of the COVID-19 Pandemic and the Standing Order of Chief Judge McMahon continuing the suspension of jury trials until further order of the court, and due to the pending severance motion, it is hereby

    ORDERED that the **Pretrial Conference scheduled for July 10, 2020 is adjourned until September 10, 2020 at 11:30 am. Said conference shall take place in person unless otherwise instructed by the Court.** The briefing schedule for motions in limine is stayed pending further discussion at the next Status Conference.

Dated:     White Plains, New York
              July 6, 2020

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020