USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

TORREN STUBBS,

                             Defendant.

No. 19-cr-276-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, which reveals that the instant criminal action was commenced approximately two years ago, the defendant is charged with multiple felonies, and the defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Torren Stubbs can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant Torren Stubbs be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 68.

Dated:   April 13, 2021
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge